

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00526-CR

**EX PARTE** Gregory **JONES**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2014W0238
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's denial of appellant's habeas corpus relief is AFFIRMED.

SIGNED October 29, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice